AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

TRUSTEES OF THE LOCAL UNION NO. 17
SHEET METAL WORKERS' INSURANCE FUND

V.

C.K. CONTRACTORS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 020

TO: (Name and address of defendant)

C.K. Contractors, Inc.
By its Agent for Service of Process:
THOMAS F. GINNERTY
272 BROADWAY
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg, Esquire
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: 728-1510
Fax: 725-3355

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 1/21/05

SCANNED

2

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 1-25-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Kenneth Guilfoyle | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: Agent For Service / Thomas Ginnerty

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-25-05
*Date*

Kenneth Guilfoyle
*Signature of Server*

PO Box 1141 East Greenwich, R.I.
*Address of Server*

FILED
2005 JAN 28 A 10:44
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure