**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF RHODE ISLAND**

RECEIVED
FEB 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRUSTEES OF THE LOCAL UNION :
NO. 17 SHEET METAL WORKERS' :
INSURANCE FUND : C.A. NO: 05-020 S

v. :

C.K. CONTRACTORS, INC. :

# DISMISSAL STIPULATION

**In the above-entitled cause it is agreed that the following entry be made:**

The above-entitled cause is hereby dismissed with prejudice.

Robert D. Goldberg #1733
*Counsel for Plaintiffs*
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860

Thomas F. Ginnerty #2662
*Counsel for Defendants*
272 Broadway
Providence, RI 02903

**DATED:** February 9th, 2005

**DATED:** February 9th, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/10/05

SCANNED

(3)